■ TERESA RAMIREZ, Appellant, v CITY OF NEW YORK et al., Respondents. [721 NYS2d 508] —Order, Supreme Court, Bronx County (Stanley Green, J.), entered January 5, 2000, which denied plaintiff's motion to vacate the automatic dismissal of her action and restore it to the trial calendar, unanimously affirmed, without costs.

Although plaintiff's supporting affidavit adequately demonstrated the merit of her action, she nonetheless failed to satisfy all of the requisites for restoration pursuant to CPLR 3404, since she made no showing of (a) a reasonable excuse for her delay in prosecuting the action; (b) intent not to abandon the

action; and (c) absence of prejudice to the opposing parties should this action, which arose in 1987, be restored (*see, Todd Co. v Birnbaum*, 182 AD2d 505, 506). Concur—Rosenberger, J. P., Andrias, Wallach, Rubin and Buckley, JJ.